# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRICK P. SHALAKO HOUSTON, JR., | Case No.: 2:20-cv-01455-KJD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | **[Docket No. 4]** |
| R ZAVALA, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend the filing deadline for a complete *in forma pauperis* application. Docket No. 4. The Court **GRANTS** the motion. No later than **September 28, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee). Failure to comply with this order may result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: August 19, 2020

Nancy J. Koppe
United States Magistrate Judge