# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRICK P. SHALAKO HOUSTON, JR., <br>     Plaintiff(s), <br> v. <br> R ZAVALA, et al., <br>     Defendant(s). | Case No.: 2:20-cv-01455-KJD-NJK <br><br> **ORDER** <br><br> [Docket No. 10] |

Pending before the Court is Plaintiff's motion to extend the filing deadline for a complete *in forma pauperis* application. Docket No. 10. The Court **GRANTS** the motion. No later than **November 30, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee). Failure to comply with this order may result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: October 30, 2020

                                                   Nancy J. Koppe <br>
                                                   United States Magistrate Judge