UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRICK P. SHALAKO HOUSTON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>R. ZAVALA, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-01455-KJD-NJK<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　Before the Court for consideration is the Report and Recommendation (ECF #21) containing the findings and recommendations of Magistrate Judge Nancy J. Koppe entered March 8, 2021, recommending that Plaintiff's *in forma pauperis* status be revoked and the action be dismissed without prejudice. Plaintiff did not object but filed a subsequent application for leave to proceed *in forma pauperis* on July 14, 2021 (ECF #23). The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation containing the findings and recommendations of Magistrate Judge Koppe, entered March 8, 2021, should be **ADOPTED** and **AFFIRMED**.

　　　Judge Koppe informed Plaintiff that he had to show that he was in imminent danger of serious physical injury to proceed *in forma pauperis* because he previously had three actions dismissed as frivolous, malicious, or for failing to state a claim upon which relief could be granted. (ECF #21, at 1–2). If he could not make such a showing, then the action would be dismissed unless Plaintiff paid his filing fees. Id. at 3. Plaintiff could not show imminent danger of serious physical injury and has not paid the filing fee. His most recent motion to proceed *in forma pauperis* also fails to allege imminent danger of serious physical injury.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF #21) is **ADOPTED** and **AFFIRMED** and the action is dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiff's Application for Leave to Proceed *in forma pauperis* (ECF #23) is **DENIED as moot**.

Dated this 1st day of October, 2021.

_____
Kent J. Dawson
United States District Judge